# UNITED STATES DISTRICT COURT

# UNITED STATES COURTHOUSE,

| | |
|---|---|
| KIMBERLY SUE FOX, | ) Case No.: 8:16-cv-01655-JDE |
| Plaintiff, | ) ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920 |
| vs. | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant | |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

IT IS ORDERED that fees and expenses in the amount of $5,500.00 as authorized by 28 U.S.C. § 2412, and no costs authorized by 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

DATE:   September 18, 2017

_____
THE HONORABLE JOHN D EARLY
UNITED STATES MAGISTRATE JUDGE